WR-84,092-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/9/2015 3:07:08 PM
Accepted 11/9/2015 3:24:09 PM
ABEL ACOSTA
CLERK

**IN THE COURT OF CRIMINAL APPEALS
FOR THE STATE OF TEXAS
AUSTIN, TEXAS**

RECEIVED
COURT OF CRIMINAL APPEALS
11/9/2015
ABEL ACOSTA, CLERK

| | | |
|---|---|---|
| **EX PARTE** | § | |
| | § | |
| | § | **NO. WR-84,092-01** |
| | § | |
| **RICHARD HAMER** | § | |

**APPLICANT'S MOTION TO REINSTATE
APPLICATION FOR WRIT OF HABEAS CORPUS**

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

**NOW COMES** RICHARD HAMER, Applicant, and submits this Motion to Reinstate Application for Writ of Habeas Corpus and would show the Court the following:

I.

On November 4, 2015, the Court issued an order dismissing this application for non-compliance with Texas Rules of Appellate Procedure 73.1 in that Applicant's Memorandum failed to include a Certificate stating the number of words in the document. Applicant has, simultaneously with filing this motion to reinstate, refiled the Memorandum with both the District Court and the Court of Criminal Appeals along with the required certificate.

The certificate of compliance states that the Memorandum contains 3,591 words. This is substantially below the 15,000.00 word limit set out in Rule 73.1(d).

II.

This writ application has been fully considered and addressed by the district court. Rather than require refiling of the writ application in the district court, Applicant requests the Court reinstate the writ application in the Court of Criminal Appeals.

WHEREFORE, PREMISES CONSIDERED, Applicant prays that this motion be

granted.

Respectfully submitted,

_____
GARY A. UDASHEN
Bar Card No. 20369590

SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas  75201
214-468-8100
214-468-8104 fax

Attorney for Applicant


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Applicant's Motion to Reinstate Application for Writ of Habeas Corpus was mailed to the Harris County District Attorney's Office, on this the _____ day of November, 2015.


_____
GARY A. UDASHEN